Waiver of Service of Summons

**ORIGINAL**

To: Kathleen A. Zebrowski
Assistant United States Attorney

I acknowledge receipt of your request that I waive service of a summons in the action of <u>United States of America v. Gerald F. Baran</u>, which is case number 07 Civ. 7620 (SCR) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 30 days after September 4, 2007.

9/28/07
Date

_Gerald F. Baran_
Signature

GERALD F. BARAN
Printed/typed name