MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
FAX No.: (212) 637-2717

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :
                        Plaintiff,                    :
                                                      :
           - against -                                :   CONSENT JUDGMENT
                                                      :
GERALD F. BARAN,                                      :   07 Civ. 7620 ~~(SCR)~~ (WCC)
                                                      :   ECF CASE
                        Defendant.                    :   Judgment # _____
                                                      :
------------------------------------------------------x

WHEREAS, the United States of America (the "United States" or the "plaintiff") commenced this action by filing a complaint and issuing a summons on August 27, 2007, and the defendant Gerald F. Baran (the "defendant") has waived service of the summons and received a copy of the complaint; and

WHEREAS, the parties wish to achieve an amicable resolution of the case;

NOW, on the signed consent of the plaintiff and the defendant, it is hereby

ORDERED, ADJUDGED and DECREED that the United States have judgment against the defendant in the amount of $39,852.00, plus costs and disbursements in the amount of $350.00, amounting in all to the sum of $40,202.00, with interest from the date of judgment

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-COPIES MAILED TO COUNSEL OF RECORD for Π
+ MAILED TO Δ's COUNSEL

as provided by law and that plaintiff have execution therefor.

*Case Closed*

Agreed and Consented to:


Dated: New York, New York
       September 28, 2007

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York
                            Attorney for the United States
                              of America

By: _____
     KATHLEEN A. ZEBROWSKI
     Assistant United States Attorney
     86 Chambers Street
     New York, New York 10007


Dated: White Plains, New York
       September __, 2007

                            _____
                            SUSAN BRODY, ESQ.
                            Attorney for Defendant
                            Federal Defenders
                            300 Quarropas Street
                            White Plains, New York 10601

Dated: White Plains, New York
       September 18, 2007

                                                  _____
                                                  GERALD F. BARAN
                                                  Defendant

Sworn to before me this
    day of        , 2007

✓ _____


SO ORDERED:

✓ _____
   UNITED STATES DISTRICT JUDGE
                    10/15/07